BEFORE THE SECOND DIVISION, AUGUST 1, 1938

**No. 39126.**—Protest 941664–G of G. Hirsch Sons, Inc. (New York).

Opinion by TILSON, J.  It was found that certain items consist of fabrics with fast edges in chief value of rayon, Jacquard-figured.  The claim at 45 cents per pound and 70 percent ad valorem under paragraph 1308 was therefore sustained.

**No. 39127.**—Protests 935389–G, etc., of Wm. Shaland et al. (New York).

Opinion by TILSON, J.  The record in *New York Merchandise* v. *United States* (T. D. 49171) was admitted in evidence and the protests were submitted for decision.  On the record thus presented the protests were dismissed for lack of sufficient evidence.

**No. 39128.**—Protests 939310–G, etc., of A. Hauptman et al. (New York and Los Angeles).

Opinion by TILSON, J.  The protests were submitted on the record in *New York Merchandise* v. *United States* (T. D. 49171).  As there was nothing to warrant disturbing the collector's action the protests were dismissed on the authority of Abstract 15400.

**No. 39129.**—Protests 932826–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J.  No evidence was offered in support of the claims made.  The protests were dismissed on the authority of Abstract 15400.

**No. 39130.**—Protests 890816–G, etc., of Elizabeth Arden, Inc., et al. (New York).

Opinion by TILSON, J.  Certain items were found to consist of wool outerwear similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416).  The claim under paragraph 1114 was therefore sustained.